THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT 
 IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Timothy Jerome Byers,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2004-UP-184
Submitted January 29, 2004  Filed March 
 17, 2004

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, Office of Appellate Defense, 
 of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Timothy Jerome Byers appeals 
 his guilty plea to one count of distribution of crack cocaine and one count 
 of distribution of crack cocaine with proximity of a school district.  Byerss 
 appellate counsel argues the circuit court erred in failing to ascertain that 
 Byers understood the facts of the case in relation to the applicable law, as 
 required by Boykin v. Alabama, 395 U.S. 238 (1969).  Byers did not file 
 a pro se reply brief.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Byerss appeal and 
 grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur. 

 
           
 [1]  Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rules 215 and 220(b)(2), SCACR.